**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNALEINE REYNOLDS,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM ROEHRENBECK, ET AL,<br><br>  Defendants.<br>_____/ | No. C 10-05853 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on March 25, 2011 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 4, 2011 and a reply brief shall be filed by no later than March 11, 2011.  Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: 02/14/2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE